| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE CARROLL COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF CARROLL | ) | CAUSE NO. |

| | |
|---|---|
| ERIC R. SHIVELY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JONATHAN L. KESSLER and | ) |
| NUTRIEN AG SOLUTIONS, INC., | ) |
| | ) |
| Defendants. | ) |

## **_COMPLAINT FOR DAMAGES_**

COMES NOW the plaintiff, Eric R. Shively, by counsel, and for his cause of action against the defendants, Jonathan L. Kessler and Nutrien Ag Solutions, Inc., and each of them, alleges and states as follows:

1. On or about the 14th day of June, 2019, the plaintiff, Eric R. Shively, who resides at 4589 East 100 South, Flora, Indiana 46929, was operating his motor vehicle in a westerly direction on County Road 500 South, near its intersection with County Road 900 West in Clay Township, Carroll County, Indiana.

2. At the same time and place, the defendant, Jonathan L. Kessler, who resides at 1584 Road 5200, Davenport, Nebraska 68335, was operating a vehicle provided by the defendant, Nutrien Ag Solutions, Inc., located at 3005 Rocky Mountain Avenue, Loveland, Colorado 80538, in an easterly direction on County Road 500 South, near its intersection with County Road 900 West in Clay Township, Carroll County, Indiana.

3. At all times pertinent to this matter, the defendant, Jonathan L. Kessler, was employed by the defendant, Nutrien Ag Solutions, Inc.

4. As a proximate result of the negligence and carelessness of the defendants, and each of them, the vehicle that was operated by the defendant, Jonathan L. Kessler, individually and for his employer, Nutrien Ag Solutions, Inc., turned left in front of the plaintiff, Eric R. Shively, causing a collision between plaintiff's vehicle and defendants' vehicle.

5. As a proximate result of the negligence and carelessness of the defendants, and each of them, the plaintiff incurred serious injuries to his body, pain and suffering, medical and hospital expenses, lost income, and other damages, all of which may continue in the future.

WHEREFORE, the plaintiff, Eric R. Shively, prays and demands judgment against the defendants, Jonathan L. Kessler and Nutrien Ag Solutions, Inc., and each of them, in an amount that will fully and fairly compensate him for his losses and damages, for the costs of this action, for all applicable pre-judgment interest, and for any and all other proper relief in the premises.

Respectfully submitted,

YOUNG & YOUNG


By: /s/ Frederick W. Crow
Frederick W. Crow, #3718-49
Attorney for Plaintiff

## *REQUEST FOR TRIAL BY JURY*

COMES NOW the plaintiff, Eric R. Shively, by counsel, and respectfully requests trial by jury concerning the above-captioned cause of action.

By:   /s/      Frederick W. Crow
Frederick W. Crow, #3718-49
Attorney for Plaintiff

Frederick W. Crow, #3718-49
Young & Young
128 North Delaware Street, Third Floor
Indianapolis, Indiana 46204
(317) 639-5161 (telephone)
(317) 639-4978 (fax)
crownoe@earthlink.net (e-mail)

Carroll County Superior Court
101 West Main Street
Delphi, Indiana 46923
Ph: (765) 564-4485

08D01-2106-CT-000008
Carroll Superior Court

Filed: 6/10/2021 8:33 AM
Clerk
Carroll County, Indiana

USDC IN/ND case 4:21-cv-00044-JD document 1-2 filed 07/09/21 page 4 of 7

# SUMMONS

In the Carroll Superior Court

_____ERIC SHIVELY_____,_____

_____
                        Plaintiff

      -vs-

Cause No.

_____JONATHAN L. KESSLER and_____

_____NUTRIEN AG SOLUTIONS, INC._____
                        Defendants

TO DEFENDANT:    **Jonathan L. Kessler**
                            **1584 Road 5200**
                            **Davenport, Nebraska 68335**

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

That nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demand by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222).

Dated___6/10/2021_____       _____*Sharon E. Milburn*_____(Seal)
                                                                  Clerk, Carroll Superior Court

**(The following manner of service of summons is hereby designated.)**

__XX__ Registered or certified mail.

_____ Service at place of employment, to-wit:_____

_____ Service on individual – (Personal or copy) at above address.

_____ Service on agent. (Specify) _____

_____ Other service. (Specify) _____

Frederick W. Crow                                          128 North Delaware Street, Third Floor
Young & Young                                                Indianapolis, Indiana 46204
Attorneys for Plaintiff                                   Telephone: (317) 639-5161 Facsimile: (317) 639-4978

# SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day of _____, 2021:

 (1) By delivering a copy of the Summons and a copy of the complaint to the defendant, _____
_____.

 (2) By leaving a copy of the Summons and a copy of the complaint at _____ which is the dwelling place or usual place of abode of _____and by mailing a copy of said summons to said defendant at the above address.

 (3) Other Service or Remarks:_____


_____     _____
Sheriff's Costs                   Sheriff

                             By:_____
                                Deputy

## CLERK'S CERTIFICATE OF MAILING

 I hereby certify that on the _____ day of_____, 2021, I mailed a copy of this Summons and a copy of the compliant to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

                    _____
                    Clerk, Carroll Superior Court

Dated:_____, 2021.    By: _____
                           Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

 I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant_____ was accepted by the defendant on the _____ day of_____, 2021.

 I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the_____day of _____, 2021.

 I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant_____ was accepted by_____ on behalf of said defendant on the _____ day of _____, 2021.

                    _____
                    Clerk, Carroll Superior Court

                By:_____
                   Deputy

Carroll County Superior Court
101 West Main Street
Delphi, Indiana 46923
Ph: (765) 564-4485

08D01-2106-CT-000008

Filed: 6/10/2021 8:33 AM
Clerk
Carroll County, Indiana

USDC IN/ND case 4:21-cv-00044 document 1-2 filed 07/09/21 page 6 of 7

# SUMMONS

In the Carroll Superior Court

\_\_\_\_\_ERIC SHIVELY\_\_\_\_\_,_____

_____
                Plaintiff

-vs-

Cause No.

\_\_\_\_\_JONATHAN L. KESSLER and\_\_\_\_\_

\_\_\_\_\_NUTRIEN AG SOLUTIONS, INC.\_\_\_\_
                Defendants

TO DEFENDANT:  **Nutrien AG Solutions, Inc.**
**c/o Highest Officer Present**
**3005 Rocky Mountain Avenue**
**Loveland, Colorado 80538**

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

That nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demand by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222).

Dated\_\_\_\_\_6/10/2021_____        _____*Sharon E Milburn*_____(Seal)
                                                                                Clerk, Carroll Superior Court

**(The following manner of service of summons is hereby designated.)**

\_\_XX\_\_\_ Registered or certified mail.

_____ Service at place of employment, to-wit:_____

_____ Service on individual – (Personal or copy) at above address.

_____ Service on agent. (Specify) _____

_____ Other service. (Specify) _____

**Frederick W. Crow**                              128 North Delaware Street, Third Floor
**Young & Young**                                  Indianapolis, Indiana 46204
Attorneys for Plaintiff                            Telephone: (317) 639-5161 Facsimile: (317) 639-4978

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day of _____, 2021:

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant, _____
_____.

(2) By leaving a copy of the Summons and a copy of the complaint at _____ which is the dwelling place or usual place of abode of _____and by mailing a copy of said summons to said defendant at the above address.

(3) Other Service or Remarks:_____

_____     _____
Sheriff's Costs                                                                    Sheriff

                                                                                    By:_____
                                                                                          Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2021, I mailed a copy of this Summons and a copy of the compliant to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

                                                                _____
                                                                Clerk, Carroll Superior Court

Dated:_____, 2021.     By: _____
                                                                                    Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant_____ was accepted by the defendant on the _____ day of _____, 2021.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the_____day of _____, 2021.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant_____ was accepted by_____ on behalf of said defendant on the _____ day of _____, 2021.

                                                                _____
                                                                Clerk, Carroll Superior Court

                                                                By:_____
                                                                          Deputy